**Appeal Dismissed and Memorandum Opinion filed February 18, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00823-CV

### STACIE SANCHEZ, Appellant

### V.

### KROGER TEXAS, L.P. AND HENPIL, INC., Appellees

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-31712**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed June 11, 2020. Appellant filed a timely motion to reconsider in the trial court on July 13, 2020. Appellant's notice of appeal was filed on December 11, 2020.

When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex.

R. App. P. 26.1(a). Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On January 25, 2021, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this court has jurisdiction to entertain the appeal.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Poissant.